IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODNEY J. MURPHY,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    **CIVIL ACTION NO. 1:22-00018-KD-N** |
| | ) |
| **STATE OF ALABAMA,** *et al.*, | ) |
|     Defendants. | ) |

### ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made (doc. 21), the Report and Recommendation of the Magistrate Judge (doc. 20) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), and dated November 1, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, final judgment is deemed entered by operation of law upon expiration of the October 5, 2022 deadline to amend the complaint as set out in the Court's September 14, 2022 order (doc. 18), and in the alternative and only if the Court has jurisdiction to consider its merits, it is **ORDERED** that Plaintiff Rodney J. Murphy's second amended complaint (doc. 19) is **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

Final judgment shall be entered by separate document in accordance with Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 12th day of December 2022.

                                            /s/ KristiK.DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**