IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY J. MURPHY,         )　  | |
|     Plaintiff,                      ) | |
|                                           ) | |
| v.                                           )  | CIVIL ACTION NO. 1:22-00018-KD-N |
|                                              )  | |
| STATE OF ALABAMA, *et al.*,   ) | |
|     Defendants.                 ) | |

## JUDGMENT

In accordance with the Order entered this date adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, it is **ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Defendants State of Alabama, Vincent Deas, Marengo County DHR, and Debra William and against Plaintiff Rodney J. Murphy.

**DONE** this the 12th day of December 2022.

                                                          /s/ Kristi K. DuBose
                                                          **KRISTI K. DuBOSE**
                                                          **UNITED STATES DISTRICT JUDGE**